UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                : Case No. 17-11514-jkf
Derrick H. Garner,                    :
       Debtor                         : Chapter 13

### PROOF OF SERVICE

I, John S. Di Giorgio, Esquire, attorney for Derrick H. Garner, Debtor in the above-captioned matter, certify that on November 2, 2017, Notice of the Meeting of Creditors previously scheduled for November 3, 2017, has been rescheduled for November 17, 2017, at 10:00 a.m. at 1234 Market Street, Suite 18-341, Philadelphia, Pennsylvania 19107, was forwarded to the following creditors:

    Ally Financial Inc.
    P.O. Box 130424
    Roseville, MN 55113-0004

    City of Philadelphia
    School District of Philadelphia
    1401 John F. Kennedy Boulevard, 5th Floor
    Philadelphia, PA 19102-1617

    Harley-Davidson Credit Corp.
    P.O. Box 9013
    Addison, TX 75001-9013

    Harley-Davidson Credit Corp.
c/o Matteo Samuel Weiner, Esquire
    KML Law Group, P.C.
    701 Market Street, Suite 5000
    Philadelphia, PA 19106-1541

    J.P. Morgan Chase Bank, National Association
c/o Chase Records Center
    Mail Code LA4-5555
    700 Kansas Lane
    Monroe, LA 71203-4774
    ATTN: Correspondence Mail

    PECO Energy Company
    2301 Market Street, S4-1
    Philadelphia, PA 19103-1380

        Portfolio Recovery Associates, LLC
        P.O. Box 41067
        Norfolk, VA 23541-1067

        PRA Receivables Management, LLC
        P.O. Box 41021
        Norfolk, VA 23541-1021

        Synchrony Bank
   c/o PRA Receivables Management, LLC
        P.O. Box 41021
        Norfolk, VA 23541-1021

_____
JOHN S. DI GIORGIO, ESQUIRE
Attorney for Debtor,
Derrick H. Garner
1706 Race Street, Suite 404
Philadelphia, PA 19103
Attorney I.D. No.: 21348
Telephone: 215-568-2266
Facsimile: 215-405-2920

cc: Frederick L. Reigle, Chapter 13 Trustee
    United States Trustee