# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Derrick H. Garner<br>    Debtor<br><br>Harley-Davidson<br>    Movant<br>  vs.<br><br>Derrick H. Garner<br>    Respondent<br><br>Frederick L. Reigle<br>    Trustee | CHAPTER 13<br><br>NO. 17-11514 JKF |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

 Kindly withdraw the Objection to Confirmation of Plan of Harley-Davidson, which was filed with the Court on or about May 23, 2017 (Document No. 32).

                Respectfully submitted,

                **/s/ Kevin G. McDonald, Esquire**
                Kevin G. McDonald, Esquire
                Attorneys for Movant
                KML Law Group, P.C.
                BNY Mellon Independence Center
                701 Market Street, Suite 5000
                Philadelphia, PA  19106
                215-627-1322

November 29, 2017