## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Derrick H. Garner
                   Debtor

JPMorgan Chase Bank, National Association
               v.
Derrick H. Garner
             and
Frederick L. Reigle Esq.
                  Trustee

Chapter 13

NO. 17-11514 JKF

### ORDER

AND NOW, this 12th day of February, 2018 upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on August 30, 2017 it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Section 362 of the Bankruptcy Abuse and Consumer Protection Act of 2005 (The Code) ,11 U.S.C. Section 362 is modified to allow JPMorgan Chase Bank, National Association and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 5127 Arbor Street Philadelphia, PA 19120.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

*[signature]*

United States Bankruptcy Judge.
Jean K. FitzSimon

cc: See attached service list

Derrick H. Garner
5127 Arbor Street
Philadelphia, PA 19120

Frederick L. Reigle Esq.
2901 St. Lawrence Avenue
P.O. Box 4010
Reading, PA 19606

JOHN S. DIGIORGIO
1706 Race Street
Suite 404
Philadelphia, PA 19103

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532