United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Derrick H. Garner  
     Debtor

Case No. 17-11514-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: ChrissyW     Page 1 of 1     Date Rcvd: Feb 12, 2018  
                      Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 14, 2018.  
db           +Derrick H. Garner,   5127 Arbor Street,   Philadelphia, PA 19120-3601  
13969056     +JPMorgan Chase Bank, National Association,   c/o Chase Records Center,  
             Attn: Correspondence Mail,   Mail Code LA4-5555,   700 Kansas Lane,   Monroe, LA 71203-4774

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                   TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 14, 2018                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 12, 2018 at the address(es) listed below:  
        BRIAN CRAIG NICHOLAS    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION  
         bnicholas@kmllawgroup.com,   bkgroup@kmllawgroup.com  
        FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com  
        JOHN S. DIGIORGIO    on behalf of Debtor Derrick H. Garner jdigiorgio4@comcast.net  
        KEVIN G. MCDONALD    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION  
         KMcDonald@blankrome.com  
        KEVIN G. MCDONALD    on behalf of Creditor    Harley-Davidson Credit Corp KMcDonald@blankrome.com  
        MATTEO SAMUEL WEINER    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION  
         bkgroup@kmllawgroup.com  
        MATTEO SAMUEL WEINER    on behalf of Creditor    Harley-Davidson Credit Corp bkgroup@kmllawgroup.com  
        POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,  
         ecf_frpa@trustee13.com  
        REGINA  COHEN    on behalf of Creditor    Ally Financial Inc. rcohen@lavin-law.com,  
         ksweeney@lavin-law.com  
        THOMAS I. PULEO    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION  
         tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                                                                                    TOTAL: 11

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Derrick H. Garner<br>           Debtor<br>———————————————————<br>JPMorgan Chase Bank, National Association<br>                    v.<br>Derrick H. Garner<br>              and<br>Frederick L. Reigle Esq.<br>           Trustee | Chapter 13<br><br><br>NO. 17-11514 JKF |

**ORDER**

AND NOW, this 12th day of February, 2018 upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on August 30, 2017 it is ORDERED AND D̶E̶C̶R̶E̶E̶D̶ that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Section 362 of the Bankruptcy Abuse and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362 is modified to allow JPMorgan Chase Bank, National Association and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 5127 Arbor Street Philadelphia, PA 19120.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

*/s/ Jean K. FitzSimon*

_____
United States Bankruptcy Judge.
Jean K. FitzSimon

cc: See attached service list

Derrick H. Garner
5127 Arbor Street
Philadelphia, PA 19120

Frederick L. Reigle Esq.
2901 St. Lawrence Avenue
P.O. Box 4010
Reading, PA 19606

JOHN S. DIGIORGIO
1706 Race Street
Suite 404
Philadelphia, PA 19103

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532