UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re: : Case No. 17-11514-jkf
Derrick H. Garner, :
        Debtor : Chapter 13

### ADDENDUM TO THE TENTH AMENDED PLAN

Debtor, by and through his counsel, John S. Di Giorgio, Esquire, hereby files this Addendum to the Tenth Amended Plan as follows:

The total funding should be $18,900.

Debtor has paid $2,100 to date.

Debtor shall pay $350 for the July 2018 payment.

Starting in July 2018, Debtor shall pay the Trustee $350 per month for 47 months.

DATED: June 19, 2018

_____
JOHN S. DI GIORGIO, ESQUIRE
Attorney for Debtor,
Derrick H. Garner
1706 Race Street, Suite 404
Philadelphia, PA 19103
Attorney I.D. No.: 21348
Telephone: 215-568-2266
Facsimile: 215-405-2920

cc: Frederick L. Reigle, Chapter 13 Trustee
    United States Trustee