## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

In re:                              :        Case No. 17-11514-jkf
Derrick H. Garner,                  :
            Debtor                  :        Chapter 13

### SECOND ADDENDUM TO THE TENTH AMENDED PLAN

Debtor, by and through his counsel, John S. Di Giorgio, Esquire, hereby files this Second Addendum to the Tenth Amended Plan as follows:

The total funding should be $18,900.

Debtor has paid $2,100 to date.

Debtor shall pay $350 for the July 2018 payment.

Starting in April 2018, Debtor shall pay the Trustee $350 per month for 48 months.

DATED: June 20, 2018                _____
                                    JOHN S. DI GIORGIO, ESQUIRE
                                    Attorney for Debtor,
                                    Derrick H. Garner
                                    1706 Race Street, Suite 404
                                    Philadelphia, PA 19103
                                    Attorney I.D. No.: 21348
                                    Telephone: 215-568-2266
                                    Facsimile: 215-405-2920

cc: Frederick L. Reigle, Chapter 13 Trustee
    United States Trustee