UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                              :    Case No. 17-11514-jkf
Derrick H. Garner,                  :
         Debtor                     :    Chapter 13

### THIRD ADDENDUM TO THE TENTH AMENDED PLAN

Debtor, by and through his counsel, John S. Di Giorgio, Esquire, hereby files this Third Addendum to the Tenth Amended Plan as follows:

The total funding should be $36,000.

Debtor has paid $2,350 to date.

Debtor shall pay $1,000 for the September 2018 payment.

Starting in September 2018, Debtor shall pay the Trustee $1,000 per month for 36 months.

DATED: 9-24-18

_____
JOHN S. DI GIORGIO, ESQUIRE
Attorney for Debtor,
Derrick H. Garner
1706 Race Street, Suite 404
Philadelphia, PA 19103
Attorney I.D. No.: 21348
Telephone: 215-568-2266
Facsimile: 215-405-2920

cc: William Miller, Chapter 13 Trustee
    United States Trustee