UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                  :    Chapter 13
Derrick H. Garner,                      :
      Debtor                         :    Bankruptcy No. 17-11514-JKF

**DEBTOR'S RESPONSE TO TRUSTEE'S
MOTION TO DISMISS PURSUANT TO 11 U.S.C. SECTION 1307**

    John S. Di Giorgio, Esquire, attorney for Debtor, Derrick H. Garner, makes the following Response to Trustee's Motion to Dismiss Pursuant to 11 U.S.C. Section 1307 for failure to make payments:

    1.    Debtor has fallen behind in his payments because of health issues.

    2.    Debtor will make the necessary payments on or before the hearing date, January 8, 2020.

    WHEREFORE, Debtor, Derrick H. Garner, respectfully requests Trustee's Motion to Dismiss be dismissed.

DATED: December 16, 2019            _____
                                                     JOHN S. DI GIORGIO, ESQUIRE
                                                     1706 Race Street, Suite 404
                                                     Philadelphia, PA 19103
                                                     Attorney I.D. No.: 21348
                                                     Telephone: 215-568-2266
                                                     Facsimile: 215-405-2920

                                                     Attorney for Debtor,
                                                     Derrick H. Garner

cc:  Scott F. Waterman, Esquire, Standing Chapter 13 Trustee
     Polly A. Langdon, Esquire