*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Derrick H. Garner
    Debtor(s)

Case No: 17–11514–jkf

Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Jean K. FitzSimon , United States Bankruptcy Judge to consider:

Motion for Relief from Stay Filed by JPMORGAN CHASE BANK, NATIONAL ASSOCIATION Represented by KRISTEN D. LITTLE (Counsel).

    on: 6/10/20

    at: 09:30 AM

    in: Courtroom #3, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  6/5/20

Timothy B. McGrath
Clerk of Court

169 – 159
Form 167