United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Derrick H. Garner  
    Debtor

Case No. 17-11514-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2      User: Joan      Page 1 of 1      Date Rcvd: Jun 05, 2020  
                      Form ID: 167      Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 07, 2020.
```
db            +Derrick H. Garner,    5127 Arbor Street,    Philadelphia, PA 19120-3601
14446890      +JPMORGAN CHASE BANK, NATIONAL ASSOCIATION.,    c/o Kristen D. Little, Esquire,
                Shapiro & DeNardo, LLC,    3600 Horizon Drive, Suite 150,    King of Prussia, PA 19406-4702
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr            +E-mail/Text: ally@ebn.phinsolutions.com Jun 06 2020 03:32:13      Ally Financial Inc.,
                P.O. Box 130424,    Roseville, MN 55113-0004
cr            +E-mail/PDF: gecsedi@recoverycorp.com Jun 06 2020 03:38:34      Synchrony Bank,
                c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13969056       E-mail/PDF: ais.chase.ebn@americaninfosource.com Jun 06 2020 03:38:23
                JPMorgan Chase Bank, National Association,    c/o Chase Records Center,
                Attn: Correspondence Mail,    Mail Code LA4-5555,    700 Kansas Lane,    Monroe, LA 71203
14445643       E-mail/PDF: ais.chase.ebn@americaninfosource.com Jun 06 2020 03:38:44
                JPMorgan Chase Bank, National Association,    7255 Baymeadows Way,    Jacksonville, FL 32256
                                                                                             TOTAL: 4
```

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 07, 2020                                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 5, 2020 at the address(es) listed below:
```
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               bnicholas@kmllawgroup.com,    bkgroup@kmllawgroup.com
              JOHN S. DIGIORGIO     on behalf of Debtor Derrick H. Garner jdigiorgio4@comcast.net
              KEVIN G. MCDONALD    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    Harley-Davidson Credit Corp bkgroup@kmllawgroup.com
              KRISTEN D. LITTLE    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               pabk@logs.com
              MATTEO SAMUEL WEINER     on behalf of Creditor    Harley-Davidson Credit Corp bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER     on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com
              MICHAEL JOHN CLARK    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               mjclark@logs.com
              POLLY A. LANGDON     on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com
              REBECCA ANN SOLARZ     on behalf of Creditor    Harley-Davidson Credit Corp bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ     on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com
              REGINA  COHEN     on behalf of Creditor    Ally Financial Inc. rcohen@lavin-law.com,
               ksweeney@lavin-law.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              THOMAS I. PULEO    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 15
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Derrick H. Garner
    Debtor(s)

Case No: 17–11514–jkf
Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Jean K. FitzSimon , United States Bankruptcy Judge to consider:

Motion for Relief from Stay Filed by JPMORGAN CHASE BANK, NATIONAL ASSOCIATION Represented by KRISTEN D. LITTLE (Counsel).

on: 6/10/20

at: 09:30 AM

in: Courtroom #3, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 6/5/20

Timothy B. McGrath
Clerk of Court

169 – 159
Form 167