IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Derrick H. Garner<br>    Debtor, | BANKRUPTCY CASE NUMBER<br>17-11514 |
| JPMorgan Chase Bank, National Association<br>    Movant.<br>v. | CHAPTER 13<br><br>11 U.S.C. § 362 |
| Derrick H. Garner<br>    Debtor/Respondent, | March 4, 2020 at 9:30 A.M. |
| Scott Waterman, Trustee<br>    Additional Respondent. | Courtroom # 3 |

**O R D E R**

AND NOW, this _____ day of _____, 2020, at the Eastern District of Pennsylvania, upon the consideration of the Motion of Movant for Relief from the Automatic Stay (the "Motion"), and the failure of Debtor to file an answer, appear or otherwise respond to the Motion, and for good cause shown, it is

ORDERED AND DECREED that the Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (the "Code"), 11 U.S.C. § 362, is lifted to allow Movant, or its successors, if any, to proceed with its rights under its loan documents for the property located at 5127 Arbor Street, Philadelphia, PA 19120; and it is

FURTHER ORDERED that Rule 4001(a)(3) is not applicable and Movant, or its successors, if any, may immediately implement this order.

BY THE COURT:

**Date: July 29, 2020**

_____
HONORABLE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE