UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                    :    Chapter 13
Derrick H. Garner,                        :
           Debtor                         :    Bankruptcy No. 17-11514-JKF

### STIPULATION RE REINSTATEMENT OF AUTOMATIC STAY

1. JPMorgan Chase Bank, National Association, is a secured creditor of Debtor, Derrick H. Garner.

2. Debtor is the owner of premises 5127 Arbor Street, Philadelphia, Pennsylvania 19120.

3. Following a hearing on July 29, 2020, JPMorgan Chase Bank, National Association, was granted relief from the stay to proceed with a foreclosure.

4. JPMorgan Chase Bank, National Association, has agreed to reinstate the stay.

5. JPMorgan Chase Bank, National Association, may relist its Motion to Set Aside Stay by filing a Praecipe to Relist with the Court.

WHEREFORE, JPMorgan Chase Bank, National Association, agrees the automatic stay shall be reinstated, and the Motion to Set Aside Stay be relisted upon Praecipe to Relist.

| | |
|---|---|
| /s/ Kristen D. Little | *(signature)* |
| Kristen D. Little, Esquire | JOHN S. DI GIORGIO, ESQUIRE |
| Attorney for JPMorgan Chase Bank, National Association | Attorney for Debtor, Derrick H. Garner |
| Shapiro & DeNardo | 1706 Race Street, Suite 404 |
| 3600 Horizon Drive, Suite 150 | Philadelphia, PA 19103 |
| King of Prussia, PA 19406 | Attorney I.D. No.: 21348 |
| Telephone: 610-278-6800, Ext. 1164 | Telephone: 215-568-2266 |
| Facsimile: 610-278-9980 | Facsimile: 215-405-2920 |
| DATE: August 4, 2020 | DATE: *August 4, 2020* |