Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020  
Chapter 13 Case No. 17-11514-AMC

DERRICK H. GARNER  
5127 ARBOR STREET  
PHILADELPHIA  PA    19120

Petition Filed Date: 03/05/2017  
341 Hearing Date: 06/02/2017  
Confirmation Date: 07/10/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/16/2019 | $4,000.00 | 2482590 Wm N | 02/19/2019 | $4,000.00 | 2484150 Wm N | 04/25/2019 | $5,000.00 | 5154386014 |
| 06/25/2019 | $1,500.00 | 5155646010 | 03/12/2020 | $6,000.00 | 5157279232 | | | |

**Total Receipts for the Period:  $20,500.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $23,450.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 2 | ALLY FINANCIAL<br>»» 002 | Secured Creditors | $22,832.33 | $7,617.13 | $15,215.20 |
| 5 | JP MORGAN CHASE BANK NA<br>»» 05A | Mortgage Arrears | $22,180.50 | $7,399.68 | $14,780.82 |
| 5 | JP MORGAN CHASE BANK NA<br>»» 05B | Mortgage Arrears | $3,854.60 | $1,285.94 | $2,568.66 |
| 3 | HARLEY DAVIDSON CREDIT CORP<br>»» 003 | Secured Creditors | $14,622.00 | $4,878.07 | $9,743.93 |
| 4 | PECO ENERGY COMPANY<br>»» 004 | Unsecured Creditors | $1,131.22 | $0.00 | $1,131.22 |
| 6 | CITY OF PHILADELPHIA (LD)<br>»» 006 | Secured Creditors | $1,032.44 | $344.44 | $688.00 |
| 1 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 001 | Unsecured Creditors | $531.54 | $0.00 | $531.54 |

**Chapter 13 Case No. 17-11514-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $23,450.00 | Current Monthly Payment: | $1,645.39 |
| Paid to Claims: | $21,525.26 | Arrearages: | $17,180.85 |
| Paid to Trustee: | $1,924.74 | Total Plan Base: | $73,538.65 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.