UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| Derrick H. Garner, | : | |
| Debtor | : | Bankruptcy No. 17-11514 |

**CERTIFICATE OF SERVICE**

    I, John S. Di Giorgio, Esquire, counsel for Debtor, hereby certify I caused to be served a true and correct of Debtor's Motion to Vacate Order Dismissing Chapter 13 Case and Notice of Motion, Response Deadline and Hearing Date by electronic notification on August 28, 2020, as follows:

        Scott F. Waterman, Esquire
        Standing Chapter 13 Trustee
        2901 St. Lawrence Avenue, Suite 100
        Reading, PA 19606
        Sent via electronic notification:
          ecfmail@fredreiglech13.com

        Polly A. Langdon, Esquire
        2901 St. Lawrence Avenue, Suite 100
        Reading, PA 19606
        Sent via electronic notification:
          ecfmail@fredreiglech13.com

        United States Trustee
        Sent via electronic notification:
          ustpregion03.ph.ecf@usdoj.gov

    I hereby certify under penalty of perjury that the foregoing is true and correct.

                              */s/ John S. Di Giorgio*
                              JOHN S. DI GIORGIO, ESQUIRE
                              1706 Race Street, Suite 404
                              Philadelphia, PA 19103
                              Attorney I.D. No.: 21348
                              Telephone: 215-568-2266
                              Facsimile: 215-405-2920

                              Attorney for Debtor,
                              Derrick H. Garner