United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 17-11514-amc
Derrick H. Garner                                                     Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: ChrissyW            Page 1 of 2             Date Rcvd: Aug 26, 2020
                              Form ID: pdf900           Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 28, 2020.
db              +Derrick H. Garner,    5127 Arbor Street,    Philadelphia, PA 19120-3601
13923138        +Harley-Davidson Credit Corp,    c/o MATTEO SAMUEL WEINER,    KML Law Group, P.C.,
                  701 Market Street,    Suite 5000,    Philadelphia, PA 19106-1541
13902323        +Harley-Davidson Credit Corp.,    PO Box 9013,    Addison, Texas 75001-9013
14446890        +JPMORGAN CHASE BANK, NATIONAL ASSOCIATION.,    c/o Kristen D. Little, Esquire,
                  Shapiro & DeNardo, LLC,    3600 Horizon Drive, Suite 150,    King of Prussia, PA 19406-4702

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: megan.harper@phila.gov Aug 27 2020 04:31:59     City of Philadelphia,
                  City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                  Philadelphia, PA  19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 27 2020 04:31:38
                  Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 27 2020 04:31:52     U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              +E-mail/Text: jennifer.chacon@spservicing.com Aug 27 2020 04:32:15
                  SELECT PORTFOLIO SERVICING, INC.,    PO Box 65250,    Salt Lake City, UT 84165-0250
cr              +E-mail/PDF: gecsedi@recoverycorp.com Aug 27 2020 04:41:12     Synchrony Bank,
                  c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13901646         E-mail/Text: ally@ebn.phinsolutions.com Aug 27 2020 04:31:17     Ally Financial,
                  PO Box 130424,    Roseville MN 55113-0004
13974097         E-mail/Text: megan.harper@phila.gov Aug 27 2020 04:31:59     City of Philadelphia,
                  Law Department  Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                  Philadelphia, PA  19102-1595
14445643         E-mail/PDF: ais.chase.ebn@americaninfosource.com Aug 27 2020 04:41:14
                  JPMorgan Chase Bank, National Association,    7255 Baymeadows Way,   Jacksonville, FL 32256
13969056         E-mail/PDF: ais.chase.ebn@americaninfosource.com Aug 27 2020 04:41:28
                  JPMorgan Chase Bank, National Association,    c/o Chase Records Center,
                  Attn: Correspondence Mail,    Mail Code LA4-5555,    700 Kansas Lane,   Monroe, LA 71203
13915008        +E-mail/Text: bankruptcygroup@peco-energy.com Aug 27 2020 04:31:25     PECO Energy Company,
                  2301 Market Street,    S4-1,   Philadelphia, PA 19103-1380
13884554         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 27 2020 04:41:32
                  Portfolio Recovery Associates, LLC,    POB 41067,   Norfolk VA 23541
13880454        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 27 2020 04:41:33
                  PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
14520955        +E-mail/Text: jennifer.chacon@spservicing.com Aug 27 2020 04:32:15
                  Select Portfolio Servicing, Inc.,    Serviced by Select Portfolio Servicing,,   PO Box 65250,
                  Salt Lake City, UT 84165-0250
                                                                                              TOTAL: 13

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             +Ally Financial Inc.,    P.O. Box 130424,   Roseville, MN 55113-0004
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2020                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 26, 2020 at the address(es) listed below:
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
              JOHN S. DIGIORGIO    on behalf of Debtor Derrick H. Garner jdigiorgio4@comcast.net
              KEVIN G. MCDONALD    on behalf of Creditor   Harley-Davidson Credit Corp bkgroup@kmllawgroup.com

```
District/off: 0313-2              User: ChrissyW              Page 2 of 2              Date Rcvd: Aug 26, 2020
                                  Form ID: pdf900             Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          KEVIN G. MCDONALD    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           bkgroup@kmllawgroup.com
          KRISTEN D. LITTLE    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           pabk@logs.com, klittle@logs.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    Harley-Davidson Credit Corp bkgroup@kmllawgroup.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           bkgroup@kmllawgroup.com
          MICHAEL JOHN CLARK    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           mjclark@logs.com
          POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com
          REBECCA ANN SOLARZ    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           bkgroup@kmllawgroup.com
          REBECCA ANN SOLARZ    on behalf of Creditor    Harley-Davidson Credit Corp bkgroup@kmllawgroup.com
          REGINA COHEN    on behalf of Creditor    Ally Financial Inc. rcohen@lavin-law.com,
           ksweeney@lavin-law.com
          SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
          THOMAS I. PULEO    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 15
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>　　DERRICK H. GARNER<br><br>　　　　　　　Debtor | Chapter 13<br><br>Bankruptcy No. 17-11514-JKF |

### ORDER DISMISSING CHAPTER 13 CASE

　　AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

　　IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

　　IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: August 26, 2020**　　　　　　　　　　JEAN K. FITZSIMON
　　　　　　　　　　　　　　　　　　　　　　U.S. BANKRUPTCY JUDGE