UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                              :    Chapter 13
Derrick H. Garner,                  :
        Debtor                      :    Bankruptcy No. 17-11514


                                         HEARING TO BE HELD:
                                          Date: 09/23/2020
                                          Time: 11:00 a.m.
                                          Place: U.S. Bankruptcy Court
                                                 Robert N.C. Nix Building
                                                 900 Market Street
                                                 Courtroom #4
                                                 Philadelphia, PA 19107

### NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

Derrick H. Garner, Debtor, by his attorney, John S. Di Giorgio, Esquire, has filed a Motion to Vacate Order Dismissing Chapter 13 Case dated August 26, 2020.

**YOUR RIGHTS MAY BE AFFECTED. YOU SHOULD READ THESE PAPERS CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY, IF YOU HAVE ONE IN THIS BANKRUPTCY CASE. (IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT AN ATTORNEY.)**

1. If you do not want the Court to grant the relief sought in the Motion or if you want the Court to consider your views on the Motion, then on or before Friday, September 18, 2020, you or your attorney must do ALL of the following:

    (a) file an Answer explaining your position at

        U.S. Bankruptcy Court
        Robert N.C. Nix Building
        900 Market Street, Suite 400
        Philadelphia, PA 19107

If you mail your Answer to the Bankruptcy Clerk's Office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

   (b) mail a copy to the Movant's attorney:

    John S. Di Giorgio, Esquire
    1706 Race Street, Suite 404
    Philadelphia, PA 19103

 2. If you or your attorney do not take the steps described in Paragraphs 1(a) and 1(b) above and attend the hearing, the Court may enter an Order granting the relief requested in the Motion.

 3. A hearing on the Motion is scheduled to be held before The Honorable Ashley M. Chan, United States Bankruptcy Judge, on Wednesday, September 23, 2020, at 11:00 a.m. in the U.S. Bankruptcy Court, Robert N.C. Nix Building, 900 Market Street, Courtroom 4, Philadelphia, Pennsylvania 19107.

 4. If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you are on the Clerk's Service List and you request a copy from the attorney named in Paragraph 1(b).

 5. You may contact the Bankruptcy Clerk's Office at 215-408-2800 to find out whether the hearing has been cancelled because no one filed an Answer.


DATE: August 28, 2020