UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                              :    Chapter 13
Derrick H. Garner,                  :
         Debtor                     :    Bankruptcy No. 17-11514

### ORDER VACATING ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the Order entered on August 26, 2020, be VACATED.

It is further ORDERED the automatic stay entered in this case is reinstated.

**Date: September 23, 2020**

_____
ASHELY M. CHAN
U.S. Bankruptcy Judge