United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 17-11514-amc
Derrick H. Garner                                                   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: ChrissyW          Page 1 of 2              Date Rcvd: Sep 23, 2020
                              Form ID: pdf900         Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 25, 2020.
```
db              +Derrick H. Garner,    5127 Arbor Street,    Philadelphia, PA 19120-3601
13923138        +Harley-Davidson Credit Corp,    c/o MATTEO SAMUEL WEINER,    KML Law Group, P.C.,
                  701 Market Street,    Suite 5000,    Philadelphia, PA 19106-1541
13902323        +Harley-Davidson Credit Corp.,    PO Box 9013,    Addison, Texas 75001-9013
14446890        +JPMORGAN CHASE BANK, NATIONAL ASSOCIATION.,    c/o Kristen D. Little, Esquire,
                  Shapiro & DeNardo, LLC,    3600 Horizon Drive, Suite 150,    King of Prussia, PA 19406-4702
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: megan.harper@phila.gov Sep 24 2020 05:21:47     City of Philadelphia,
                  City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                  Philadelphia, PA  19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 24 2020 05:21:32
                  Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 24 2020 05:21:43     U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              +E-mail/Text: jennifer.chacon@spservicing.com Sep 24 2020 05:21:58
                  SELECT PORTFOLIO SERVICING, INC.,    PO Box 65250,    Salt Lake City, UT 84165-0250
cr              +E-mail/PDF: gecsedi@recoverycorp.com Sep 24 2020 05:20:03     Synchrony Bank,
                  c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13901646         E-mail/Text: ally@ebn.phinsolutions.com Sep 24 2020 05:21:19     Ally Financial,
                  PO Box 130424,    Roseville MN 55113-0004
13974097         E-mail/Text: megan.harper@phila.gov Sep 24 2020 05:21:47     City of Philadelphia,
                  Law Department  Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                  Philadelphia, PA  19102-1595
14445643         E-mail/PDF: ais.chase.ebn@americaninfosource.com Sep 24 2020 05:19:30
                  JPMorgan Chase Bank, National Association,    7255 Baymeadows Way,    Jacksonville, FL 32256
13969056         E-mail/PDF: ais.chase.ebn@americaninfosource.com Sep 24 2020 05:20:04
                  JPMorgan Chase Bank, National Association,    c/o Chase Records Center,
                  Attn: Correspondence Mail,    Mail Code LA4-5555,    700 Kansas Lane,    Monroe, LA 71203
13915008        +E-mail/Text: bankruptcygroup@peco-energy.com Sep 24 2020 05:21:25     PECO Energy Company,
                  2301 Market Street,    S4-1,    Philadelphia, PA 19103-1380
13884554         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 24 2020 05:20:10
                  Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13880454        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 24 2020 05:20:49
                  PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14520955        +E-mail/Text: jennifer.chacon@spservicing.com Sep 24 2020 05:21:58
                  Select Portfolio Servicing, Inc.,    Serviced by Select Portfolio Servicing,,    PO Box 65250,
                  Salt Lake City, UT 84165-0250
                                                                                                TOTAL: 13

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             +Ally Financial Inc.,    P.O. Box 130424,    Roseville, MN 55113-0004
                                                                                  TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 25, 2020                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 23, 2020 at the address(es) listed below:
```
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
              JOHN S. DIGIORGIO    on behalf of Debtor Derrick H. Garner jdigiorgio4@comcast.net
              KEVIN G. MCDONALD    on behalf of Creditor    Harley-Davidson Credit Corp bkgroup@kmllawgroup.com
```

```
District/off: 0313-2              User: ChrissyW              Page 2 of 2              Date Rcvd: Sep 23, 2020
                                  Form ID: pdf900             Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      KEVIN G. MCDONALD   on behalf of Creditor   JPMORGAN CHASE BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
      KRISTEN D. LITTLE   on behalf of Creditor   JPMORGAN CHASE BANK, NATIONAL ASSOCIATION pabk@logs.com, klittle@logs.com
      MATTEO SAMUEL WEINER   on behalf of Creditor   Harley-Davidson Credit Corp bkgroup@kmllawgroup.com
      MATTEO SAMUEL WEINER   on behalf of Creditor   JPMORGAN CHASE BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
      MICHAEL JOHN CLARK   on behalf of Creditor   JPMORGAN CHASE BANK, NATIONAL ASSOCIATION mjclark@logs.com
      POLLY A. LANGDON   on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com
      REBECCA ANN SOLARZ   on behalf of Creditor   JPMORGAN CHASE BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
      REBECCA ANN SOLARZ   on behalf of Creditor   Harley-Davidson Credit Corp bkgroup@kmllawgroup.com
      REGINA COHEN   on behalf of Creditor   Ally Financial Inc. rcohen@lavin-law.com, ksweeney@lavin-law.com
      SCOTT F. WATERMAN (Chapter 13)   ECFMail@ReadingCh13.com
      THOMAS I. PULEO   on behalf of Creditor   JPMORGAN CHASE BANK, NATIONAL ASSOCIATION tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
      United States Trustee   USTPRegion03.PH.ECF@usdoj.gov

                                                                                                                        TOTAL: 15

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                :    Chapter 13
Derrick H. Garner,                    :
       Debtor             :    Bankruptcy No. 17-11514

### ORDER VACATING ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the Order entered on August 26, 2020, be VACATED.

It is further ORDERED the automatic stay entered in this case is reinstated.

**Date: September 23, 2020**

_____
ASHELY M. CHAN
U.S. Bankruptcy Judge