United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-11514-amc |
| Derrick H. Garner | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: Adminstra | Page 1 of 3 |
| Date Rcvd: Nov 04, 2020 | Form ID: pdf900 | Total Noticed: 17 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 06, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Derrick H. Garner, 5127 Arbor Street, Philadelphia, PA 19120-3601 |
| 13923138 | + | Harley-Davidson Credit Corp, c/o MATTEO SAMUEL WEINER, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 13902323 | + | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 14446890 | + | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION., c/o Kristen D. Little, Esquire, Shapiro & DeNardo, LLC, 3600 Horizon Drive, Suite 150, King of Prussia, PA 19406-4702 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Nov 05 2020 03:14:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 05 2020 03:14:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Nov 05 2020 03:14:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/Text: jennifer.chacon@spservicing.com | Nov 05 2020 03:15:00 | SELECT PORTFOLIO SERVICING, INC., PO Box 65250, Salt Lake City, UT 84165-0250 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Nov 05 2020 03:00:36 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 13901646 | | Email/Text: ally@ebn.phinsolutions.com | Nov 05 2020 03:13:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 13974097 | | Email/Text: megan.harper@phila.gov | Nov 05 2020 03:14:00 | City of Philadelphia, Law Department Tax Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14445643 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Nov 05 2020 02:58:53 | JPMorgan Chase Bank, National Association, 7255 Baymeadows Way, Jacksonville, FL 32256 |
| 13969056 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Nov 05 2020 03:00:37 | JPMorgan Chase Bank, National Association, c/o Chase Records Center, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| 13915008 | + | Email/Text: bankruptcygroup@peco-energy.com | Nov 05 2020 03:14:00 | PECO Energy Company, 2301 Market Street, S4-1, Philadelphia, PA 19103-1380 |
| 13884554 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 05 2020 02:57:13 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13880454 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 05 2020 02:57:13 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14520955 | + | Email/Text: jennifer.chacon@spservicing.com | | |

| District/off: 0313-2 | User: Adminstra | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 04, 2020 | Form ID: pdf900 | Total Noticed: 17 |

Nov 05 2020 03:15:00   Select Portfolio Servicing, Inc., Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Ally Financial Inc., P.O. Box 130424, Roseville, MN 55113-0004 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 06, 2020          Signature:          /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 4, 2020 at the address(es) listed below:

**Name**      **Email Address**

BRIAN CRAIG NICHOLAS
     on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

JOHN S. DIGIORGIO
     on behalf of Debtor Derrick H. Garner jdigiorgio4@comcast.net

KEVIN G. MCDONALD
     on behalf of Creditor Harley-Davidson Credit Corp bkgroup@kmllawgroup.com

KEVIN G. MCDONALD
     on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com

KRISTEN D. LITTLE
     on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION pabk@logs.com, klittle@logs.com;logsecf@logs.com

MATTEO SAMUEL WEINER
     on behalf of Creditor Harley-Davidson Credit Corp bkgroup@kmllawgroup.com

MATTEO SAMUEL WEINER
     on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com

MICHAEL JOHN CLARK
     on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION mjclark@logs.com

POLLY A. LANGDON
     on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com

REBECCA ANN SOLARZ
     on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com

REBECCA ANN SOLARZ
     on behalf of Creditor Harley-Davidson Credit Corp bkgroup@kmllawgroup.com

REGINA COHEN

| | | |
|---|---|---|
| District/off: 0313-2 | User: Adminstra | Page 3 of 3 |
| Date Rcvd: Nov 04, 2020 | Form ID: pdf900 | Total Noticed: 17 |

on behalf of Creditor Ally Financial Inc. rcohen@lavin-law.com  ksweeney@lavin-law.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

THOMAS I. PULEO
    on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 15

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:  
    DERRICK H. GARNER

Chapter 13

Bankruptcy No. 17-11514-AMC

Debtor

### ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: November 4, 2020**

_____  
ASHELY M. CHAN  
U.S. BANKRUPTCY JUDGE